# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 15-14459
§
ELIZABETH M PIZANO §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,875.00 | Assets Exempt: | $3,160.00 |
| Total Distributions to Claimants: | $2,005.17 | Claims Discharged Without Payment: | $23,116.00 |
| Total Expenses of Administration: | $2,771.32 | | |

3) Total gross receipts of $6,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,223.51 (see **Exhibit 2),** yielded net receipts of $4,776.49 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,771.32 | $2,771.32 | $2,771.32 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $23,116.00 | $2,000.00 | $2,000.00 | $2,005.17 |
| **Total Disbursements** | $23,116.00 | $4,771.32 | $4,771.32 | $4,776.49 |

4). This case was originally filed under chapter 7 on 04/23/2015. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2016     By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement of fraudulent transfer to brother | 1249-000 | $4,000.00 |
| Settlement of preference to PLS Loan Store | 1249-000 | $2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| PIZANO, ELIZABETH M | Surplus Funds | 8200-002 | $1,223.51 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,223.51** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,194.12 | $1,194.12 | $1,194.12 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $25.96 | $25.96 | $25.96 |
| Green Bank | 2600-000 | NA | $43.00 | $43.00 | $43.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,465.00 | $1,465.00 | $1,465.00 |
| DAVID P. LEIBOWITZ, Attorney for Trustee | 3120-000 | NA | $43.24 | $43.24 | $43.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,771.32 | $2,771.32 | $2,771.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The Payday Loan Store | 7100-000 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 |
|  | The Payday Loan Store | 7990-000 | $0.00 | $0.00 | $0.00 | $5.17 |
|  | Credit Acceptance | 7100-000 | $6,705.00 | $0.00 | $0.00 | $0.00 |
|  | Enhanced Recovery Corp | 7100-000 | $2,940.00 | $0.00 | $0.00 | $0.00 |
|  | ER Solutions/Convergent Outsourcing, | 7100-000 | $184.00 | $0.00 | $0.00 | $0.00 |
|  | Merchants Credit Guide | 7100-000 | $176.00 | $0.00 | $0.00 | $0.00 |
|  | Pinnacle Credit Service | 7100-000 | $2,770.00 | $0.00 | $0.00 | $0.00 |
|  | Revenue Recovery Corp | 7100-000 | $941.00 | $0.00 | $0.00 | $0.00 |
|  | Trident Asset Manageme | 7100-000 | $113.00 | $0.00 | $0.00 | $0.00 |
|  | Gtr Chgo Fin | 7200-000 | $9,287.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,116.00 | $2,000.00 | $2,000.00 | $2,005.17 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-14459-DLT | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | PIZANO, ELIZABETH M | | **Date Filed (f) or Converted (c):** | 04/23/2015 (f) |
| **For the Period Ending:** | 8/9/2016 | | **§341(a) Meeting Date:** | 06/11/2015 |
| | | | **Claims Bar Date:** | 09/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Chase Checking Account | $230.00 | $0.00 | | $0.00 | FA |
| 2  Chase Savings Account | $30.00 | $0.00 | | $0.00 | FA |
| 3  Security deposit wih landlord | $1,200.00 | $0.00 | | $0.00 | FA |
| 4  Used Furniture | $700.00 | $0.00 | | $0.00 | FA |
| 5  Used Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6  401(k) | $500.00 | $0.00 | | $0.00 | FA |
| 7  2007 Hyundai Sonota (106,361 miles) | $3,875.00 | $0.00 | | $0.00 | FA |
| 8  Settlement of preference to PLS Loan Store (u) | $2,137.03 | $2,137.03 | | $2,000.00 | FA |
| **Asset Notes:** Adjusted to $2000 per settlement agreement. | | | | | |
| 9  Settlement of fraudulent transfer to brother (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                  **Gross Value of Remaining Assets**

$13,172.03        $6,137.03                                         $6,000.00        $0.00

---

**Major Activities affecting case closing:**

06/30/2016    2016 Reporting Period:
TFR hearing date: 7/27/16

Recovered preferential payment to Debtor's brother & preferential payment to PLS Loan Store.

**Initial Projected Date Of Final Report (TFR):**    09/24/2016            /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**    05/31/2016            DAVID LEIBOWITZ

Page No: 1
Case 15-14459  Doc 37  Filed 08/11/16  Entered 08/11/16 14:56:27  Desc Main
Document  Page 6 of 8
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 15-14459-DLT | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | PIZANO, ELIZABETH M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9397 | | | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/23/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2015 | (9) | ELIZABETH PIZANO | repayment of fraudulent transfer to brother | 1249-000 | $700.00 | | $700.00 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.07 | $699.93 |
| 10/16/2015 | (8) | PLS Financial Services, Inc. | Settlement Payment | 1249-000 | $2,000.00 | | $2,699.93 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.62 | $2,697.31 |
| 11/03/2015 | (9) | ELIZABETH PIZANO | repayment of fraudulent transfer to brother | 1249-000 | $350.00 | | $3,047.31 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.47 | $3,042.84 |
| 12/11/2015 | (9) | ELIZABETH PIZANO | repayment of fraudulent transfer to brother | 1249-000 | $350.00 | | $3,392.84 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.23 | $3,387.61 |
| 01/14/2016 | (9) | ELIZABETH PIZANO | repayment of fraudulent transfer to brother | 1249-000 | $350.00 | | $3,737.61 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.77 | $3,731.84 |
| 02/11/2016 | (9) | ELIZABETH PIZANO | repayment of fraudulent transfer to brother | 1249-000 | $350.00 | | $4,081.84 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.88 | $4,075.96 |
| 03/03/2016 | (9) | ELIZABETH PIZANO | repayment of fraudulent transfer to brother | 1249-000 | $1,000.00 | | $5,075.96 |
| 03/03/2016 | (9) | ELIZABETH PIZANO | repayment of fraudulent transfer to brother | 1249-000 | $900.00 | | $5,975.96 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.34 | $5,966.62 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.62 | $5,957.00 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.30 | $5,947.70 |
| 06/01/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($9.30) | $5,957.00 |
| 07/27/2016 | 3001 | DAVID P. LEIBOWITZ | Amount Claimed: 43.24;  Distribution Dividend: 100.00; Claim #: ; Dividend: 0.72; Amount Allowed: 43.24; Notes: ; | 3120-000 | | $43.24 | $5,913.76 |
| 07/27/2016 | 3002 | Lakelaw | Amount Claimed: 1,465.00;  Distribution Dividend: 100.00; Claim #: ; Dividend: 24.59; Amount Allowed: 1,465.00; Notes: ; | 3110-000 | | $1,465.00 | $4,448.76 |
| 07/27/2016 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,194.12 | $3,254.64 |
| 07/27/2016 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $25.96 | $3,228.68 |
| 07/27/2016 | 3005 | The Payday Loan Store | Amount Claimed: 2,000.00;  Distribution Dividend: 100.00; Claim #: 1; Dividend: 33.66; Amount Allowed: 2,000.00; Notes: 502(h) claim timely per order at docket no. 28; | * | | $2,005.17 | $1,223.51 |
| | | | Claim Amount  $(2,000.00) | 7100-000 | | | $1,223.51 |
| | | | Interest  $(5.17) | 7990-000 | | | $1,223.51 |

**SUBTOTALS**  $6,000.00  $4,776.49

Page No: 2
Case 15-14459  Doc 37  Filed 08/11/16  Entered 08/11/16 14:56:27  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 7 of 8
Exhibit 9

| Case No. | 15-14459-DLT | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | PIZANO, ELIZABETH M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9397 | | | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/23/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/27/2016 | 3006 | PIZANO, ELIZABETH M | Amount Claimed: 1,223.51; Distribution Dividend: 100.00; Claim #: ; Dividend: 20.53; Amount Allowed: 1,223.51; Notes: Debtor Surplus; | 8200-002 | | $1,223.51 | $0.00 |
| | | | **TOTALS:** | | $6,000.00 | $6,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,000.00 | $6,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $1,223.51 | |
| | | | **Net** | | $6,000.00 | $4,776.49 | |

| For the period of 4/23/2015 to 8/9/2016 | | For the entire history of the account between 09/28/2015 to 8/9/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,776.49 | Total Compensable Disbursements: | $4,776.49 |
| Total Non-Compensable Disbursements: | $1,223.51 | Total Non-Compensable Disbursements: | $1,223.51 |
| Total Comp/Non Comp Disbursements: | $6,000.00 | Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14459-DLT | | Trustee Name: | David Leibowitz |
| Case Name: | PIZANO, ELIZABETH M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9397 | | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/23/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/9/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,000.00 | $6,000.00 | $0.00 |

| For the period of 4/23/2015 to 8/9/2016 | | For the entire history of the case between 04/23/2015 to 8/9/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,776.49 | Total Compensable Disbursements: | $4,776.49 |
| Total Non-Compensable Disbursements: | $1,223.51 | Total Non-Compensable Disbursements: | $1,223.51 |
| Total Comp/Non Comp Disbursements: | $6,000.00 | Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |